**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JEANNIE A. LANGRELL**                                                  **PLAINTIFF**

**V.**              **CASE NO. 4:16-CV-00117 SWW/JTR**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Jeannie A. Langrell's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 15th day of March 2017.

                                                         /s/Susan Webber Wright

                                            UNITED STATES DISTRICT JUDGE