**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JEANNIE A. LANGRELL**                                                                   **PLAINTIFF**

**V.**            **CASE NO. 4:16-CV-00117 SWW/JTR**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 15th day of March 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE